IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **OREGON PACIFIC METAL FABRICATION, LLC,** an Oregon limited liability company, | 05-CV-1513-AS |
| Plaintiff, | ORDER |
| v. | |
| **JOSLIN GROUP,** a Hawaii corporation, | |
| Defendant. | |

**BRIAN J. DOBIE**
4 Touchstone Drive
Suite 86
Lake Oswego, OR 97035
(503) 888-9416

    Attorney for Plaintiff

**JOHN P. ASHWORTH**
Bullivant Houser Bailey, PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
(503) 499-4428

    Attorneys for Defendant

1 - ORDER

**BROWN, Judge.**

Magistrate Judge Donald C. Ashmanskas issued Findings and Recommendation (#16) on January 30, 2006, in which he recommended this Court grant Defendant's Motion to Dismiss Plaintiff's First Amended Complaint or, in the Alternative, to Transfer Venue (#5). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#16). Accordingly, the Court **GRANTS** Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (#5) and

2 - ORDER

**DISMISSES** this matter **without prejudice**.

    IT IS SO ORDERED.

    DATED this 15th day of March, 2006.

                                /s/ Anna J. Brown

                                ANNA J. BROWN
                                United States District Judge